UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GREGORY LASKY,<br><br>    Plaintiff,<br><br>v.<br><br>THE DOUBLETREE GROUP LLC and CVS PHARMACY, INC.,<br><br>    Defendants. | Civil Action No.<br><br>**CERTIFICATE OF SERVICE** |

    I hereby certify that on this date, I caused to be filed, via electronic filing, the following documents with the United States District Court for the District of New Jersey:

    1.    Notice of Removal to the United States District Court;

    2.    Civil Cover Sheet; and

    3.    This Certificate of Service.

    I hereby certify that on this date, I caused copies of the foregoing documents to be served via Federal Express on:

Anthony J. Brady, Jr., Esq.
1 Rose Avenue
Maple Shade, New Jersey 08052
*Attorney for Plaintiff*

InterState Commercial/The Doubletree Group LLC
Attn: John
14000 Horizon Way, Suite 100
Mount Laurel, New Jersey 08054
*Defendant The Doubletree Group LLC*

    I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                                                     */s/ Ruth A. Rauls*

Ruth A. Rauls, Esq.
Gillian A. Cooper, Esq.
**SAUL EWING ARNSTEIN & LEHR LLP**
*A Delaware LLP*
650 College Road East, Suite 4000
Princeton, New Jersey 08540
T: (609) 452-3100
F: (609) 452-3122
Ruth.Rauls@saul.com
Gillian.Cooper@saul.com

Dated: May 29, 2019