UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GREGORY LASKY,<br><br>     Plaintiff,<br><br>v.<br><br>THE DOUBLETREE GROUP LLC and CVS PHARMACY, INC.,<br><br>     Defendants. | Civil Action No.<br><br>**DEFENDANT CVS PHARMACY, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

   Pursuant to Federal Rule of Civil Procedure 7.1, Defendant CVS Pharmacy, Inc., by and through its attorneys, states:

   a.   CVS Pharmacy, Inc. is a wholly owned subsidiary of CVS Health Corporation, a publicly held corporation. There are no other known publicly held corporations that own 10% or more of CVS Pharmacy, Inc.'s stock. CVS Pharmacy, Inc. is the operator of the store at issue in this lawsuit.

                             Respectfully submitted,

                             **SAUL EWING ARNSTEIN & LEHR LLP**
                             *A Delaware LLP*

                             */s/ Ruth A. Rauls*
                             Ruth A. Rauls, Esq.
                             Gillian A. Cooper, Esq.
                             650 College Road East, Suite 4000
                             Princeton, New Jersey 08540
                             T: (609) 452-3100
                             F: (609) 452-3122
                             Ruth.Rauls@saul.com
                             Gillian.Cooper@saul.com

Dated:  May 29, 2019